| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| 2 | Nevada Bar No. 12305<br>Email: jthompson@clarkhill.com |
| 3 | **CLARK HILL PLLC**<br>3800 Howard Hughes Parkway, Suite 500 |
| 4 | Las Vegas, Nevada 89169<br>Telephone: (702) 862-8300 |
| 5 | Facsimile: (702) 862-8400<br>Attorneys for Defendant |
| 6 | Comcast Enterprise Services, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT REED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC. and<br>COMCAST ENTERPRISE SERVICES, LLC<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00146-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Robert Reed, by and through his counsel of record Law Office of Vernon Nelson and Defendant Comcast Enterprises Services, LLC, by and through its counsel of record Clark PLLC, hereby stipulate and agree to extend the deadline for this Defendant to file its response to the Plaintiff's Complaint up to and including March 6, 2018. Counsel for Defendant Comcast Enterprises Services, LLC has requested this additional time to evaluate and prepare an appropriate response to Plaintiff's Complaint.

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

This is the first request in the above-referenced matter.

DATED this 26th day of February, 2018.

**THE LAW OFFICES OF VERNON NELSON**

By /s/Melissa Ingleby
VERNON A. NELSON, JR.
Nevada Bar No. 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Telephone: (702) 476-2500
Facsimile: (702) 476-2788
Attorneys for Plaintiff Robert Reed

IT IS SO ORDERED.

**CLARK HILL PLLC**

By /s/ Jeremy Thompson
JEREMY J. THOMPSON
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Attorney for Defendant
Comcast Enterprise Services, LLC

**ORDER**

IT IS SO ORDERED.

DATED: February 28, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Page 2
Stipulation and [Proposed Order] to Extend Time to File a Response to Plaintiff's Complaint