LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *lfink@springelfink.com*
*nduncan@springelfink.com*

Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROBERT REED, | Case No.: 2:18-cv-00146-JAD-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT** |
| CONVERGENT OUTSOURCING, Inc. and COMCAST ENTERPRISE SERVICES, LLC., | |
| Defendants. | **(First Request)** |

Defendant, CONVERGENT OUTSOURCING, INC. (hereinafter "Convergent") and Plaintiff, ROBERT REED (hereinafter "Plaintiff" collectively, the "Parties") stipulate and agree as follows:

Convergent's time to respond to Plaintiff's Complaint (ECF No. 1), filed on January 26, 2018, will be extended from February 20, 2018 to March 22, 2018.

Convergent requires additional time to investigate Plaintiff's allegations and respond to Plaintiff's Complaint. Counsel for Convergent only just received notice of this matter on February 22, 2018, and thus,

{N0397445;1}

– 1 –

is filing this Stipulation two (2) days after the initial deadline to respond to the Complaint. This is Convergent's first request for an extension.

DATED this 27th day of February, 2018.

**THE LAW OFFICE OF VERNON NELSON**

By: */s/ Melissa Ingleby, Esq.*
_____
VERNON NELSON, ESQ.
Nevada Bar No. 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No. 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Attorneys for Plaintiff,
*ROBERT REED*

**SPRINGEL & FINK LLP**

By: */s/ Nakesha S. Duncan, Esq.*
_____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
NAKESHA S. DUNCAN, ESQ.
Nevada Bar No. 11556
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

IT IS SO ORDERED.

DATED: February 28, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
## Reed v. Convergent Outsourcing, Inc.
### United States District Court Case No. 2:18-cv-00146-JAD-CWH

STATE OF NEVADA          )
                         ) ss.
COUNTY OF CLARK          )

I, Julianna K. Ferguson, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 10655 Park Run Drive, Suite 275, Las Vegas, Nevada, 89144.

On **February 27, 2018**, I served the document described as **STIPULATION TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT** on the following parties:

VERNON NELSON, ESQ.
Nevada Bar No. 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No. 12935
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
Attorneys for Plaintiff

____ VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business

____ VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

__X__ VIA ELECTRONIC SERVICE: by submitting the foregoing to the Court's E-filing System for Electronic Service upon the Court's Service List pursuant to FRCP 5. The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Julianna K. Ferguson*
An Employee of Springel & Fink LLP

{N0397445;1}

− 3 −

**STIPULATION TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**