VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
vnelson@nelsonlawfirmlv.com
mingleby@nelsonlawfirmlv.com
*Attorneys for Plaintiff Robert Reed*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT REED,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC. and COMCAST ENTERPRISE SERVICES, LLC.,<br><br>Defendants. | Case No.: 2:18-cv-00146-JAD-CWH<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**[First Request]** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including December 4, 2018. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days, as outlined herein. In support of this Stipulation and Request, the parties state as follows:

**A.  Discovery Completed to Date.**

1. Plaintiff filed his Complaint on January 26, 2018.
2. Defendant Comcast Enterprise Services, LLC filed its Answer on March 6, 2018.
3. Defendant Convergent Outsourcing, Inc. filed its Answer on March 22, 2018.
4. Defendant Comcast Enterprise Services, LLC served its initial disclosure on April 13, 2018.
5. Defendant Convergent Outsourcing, Inc. served its initial disclosure on April 20,

2018.

6. Plaintiff Robert Reed served his initial disclosure on May 20, 2018.

**B.  Specific Description of Discovery that Remains to be Completed.**

1. Completion of written discovery and document productions.
2. Depositions of Plaintiff, Defendant Convergent Outsourcing, Inc., and Defendant Comcast Enterprise Services, LLC.
3. Depositions of any remaining witnesses.

**C.  Reasons Why the Remaining Discovery was not Completed.**

The parties aver, pursuant to LR6-1, good cause exists for requested extension. The parties have been, and continue to make diligent efforts to settle this matter. The parties agree the current deadlines restrict all parties from potentially settling this matter and conducting the remaining necessary discovery.

**D.  Proposed Discovery Deadlines.**

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery | September 4, 2018 | December 3, 2018 |
| Dispositive Motions | October 4, 2018 | January 2, 2019 |
| Pretrial Order | November 5, 2018 | February 3, 2019 |

**IT IS SO STIPULATED THIS 16th day of July, 2018.**

Dated this 17th day of July, 2018.            Dated this 17th day of July, 2018.

THE LAW OFFICE OF VERNON NELSON      SPRINKEL & FINK

 /s/ Melissa Ingleby                                        /s/ Jonathan C. Pattillo
VERNON A. NELSON, JR., ESQ.                  LEONARD T. FINK, ESQ.
Nevada Bar No.: 6434                                  Nevada Bar No. 6296
MELISSA INGLEBY, ESQ.                          JONATHAN C. PATTILLO, ESQ.
Nevada Bar No.  12935                                Nevada Bar No. 13929
9480 S. Eastern Ave., Ste. 252                    10655 Park Run Drive, Suite 275
Las Vegas, NV 89123                                  Las Vegas, NV 89144
*Attorneys for Plaintiff Robert Reed*           *Attorneys for Defendant Convergent Outsourcing, Inc.*

2

Dated this 17th day of July, 2018.

CLARK HILL PLLC

  /s/  Jeremy Thompson
JEREMY THOMPSON, ESQ.
Nevada Bar No. 12503
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, NV 89169
*Attorney for Defendant Comcast Enterprise Services, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated: August 3, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Case No.: 2:18-cv-00146-JAD-CWH