JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Ste. 500
Las Vegas, Nevada 89169
Telephone: 702.862.8300
Facsimile: 702.862.8400
Email: jthompson@clarkhill.com
Attorneys for Comcast Enterprise Services, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT REED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC. AND COMCAST ENTERPRISE SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00146-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COMCAST ENTERPRISE SERVICES, LLC**<br><br>ECF No. 27 |

Plaintiff Robert Reed and Defendant Comcast Enterprise Services, LLC (collectively referred to as "Parties"), by and through their respective counsel of record, have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties and subject to the court's approval pursuant to FRCP 41(a)(2), respectfully request dismissal of the Defendant Comcast Enterprise Services LLC from the

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

. . . . .

Stipulation and Order for Dismissal with Prejudice

above-captioned matter with prejudice, with each party bearing their own attorney's fees and costs incurred in this action.

Dated: January 24, 2019

**LAW OFFICE OF VERNON NELSON**

*/s/ Jennifer Golanics*
Jennifer Golanics, Esq.
Nevada Bar No. 13587
9480 S. Eastern Ave., Ste. 252
Las Vegas, Nevada 89123
jgolanics@nelsonlawfirmlv.com
*Attorney for Plaintiff*

Dated: January 24, 2019

**CLARK HILL PLLC**

*/s/ Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
jthompson@clarkhill.com
*Attorneys for Defendants*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT COMCAST ENTERPRISE SERVICES, LLC

Based on the parties' stipulation **[ECF No. 27]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Defendant Comcast Enterprise Services, LLC are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 24, 2019