LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *lfink@springelfink.com*

Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROBERT REED,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, Inc. and COMCAST ENTERPRISE SERVICES, LLC.,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-00146-JAD-CWH<br><br>**STIPULATION TO AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT, CONVERGENT OUTSOURCING, INC.**<br><br>ECF No. 30 |

Defendant, CONVERGENT OUTSOURCING, INC. (hereinafter "Convergent") and Plaintiff, ROBERT REED (hereinafter "Plaintiff") (hereinafter collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree that this matter should be dismissed with prejudice as to

///
///
///
///
///
///
///

{N0519011;1}

– 1 –

**STIPULATION TO DISMISS DEFENDANT CONVERGENT OUTSOURCING, INC. WITH PREJUDICE**

Convergent, pursuant to FRCP 41(a)(2). Each party will bear its own attorney's fees and costs.

DATED this 4th day of February, 2019.

**THE LAW OFFICE OF VERNON NELSON**

*/s/ Vernon Nelson, Esq.*

By: _____
VERNON NELSON, ESQ.
Nevada Bar No. 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, NV 89123
Tel: 702-476-2500
Fax: 702-476-2788
E-Mail: vnelson@nelsonlawfirmlv.com
Attorneys for Plaintiff,
*ROBERT REED*

**SPRINGEL & FINK LLP**

*/s/ Leonard T. Fink, Esq.*

By: _____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CONVERGENT OUTSOURCING, INC.**

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 4, 2019